Fourth Court of Appeals
San Antonio, Texas


**MEMORANDUM OPINION**

No. 04-26-00119-CR

Kimberly **CARACHEO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2024-CR-008868W
Honorable Christine Del Prado, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             Velia J. Meza, Justice

Delivered and Filed: June 10, 2026

DISMISSED FOR WANT OF JURISDICTION

On January 21, 2026, appellant filed a pro se notice of appeal stating that she was appealing the trial court's judgment of final conviction. Upon review of the clerk's record, appellant was granted deferred adjudication on September 20, 2024, which was modified on October 28, 2025. This court does not have jurisdiction to consider an appeal from an order modifying conditions of deferred adjudication. *See McGee v. State*, No. 05-12-01684-CR, 2013 WL 1729462, at *1 (Tex. App.—Dallas Apr. 22, 2013, no pet.) (mem. op., not designated for publication) (holding that a

"trial court's order denying appellant's motion for a sentence reduction is not one of the enumerated appealable orders."); *see also Quaglia v. State*, 906 S.W.2d 112, 113 (Tex. App.—San Antonio 1995, no pet.) (holding that modifications of terms of deferred adjudication are not appealable). Furthermore, the record was devoid of the trial court's certification of defendant's right of appeal as required by Texas Rule of Appellate Procedure 25.2(a)(2), (d).

On April 10, 2026, we ordered appellant to show cause, in writing, no later than April 30, 2026, why this appeal should not be dismissed for want of jurisdiction. Our order cautioned appellant that if she did not respond within the time provided, this appeal would be dismissed for want of jurisdiction. To date, appellant has not responded.

Accordingly, this appeal is dismissed for want of jurisdiction.

PER CURIAM

DO NOT PUBLISH